**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HAROLD DAVEY CASSELL                                                    PLAINTIFF

V.                                    5:04CV00093 WRW/HDY

CORRECTIONAL MEDICAL SERVICES, *et al.*                  DEFENDANTS

## ORDER

It has come to the Court's attention that the attorney currently appointed to represent Plaintiff, Paul Harold Lee, is unable to fulfill his duties. Accordingly, Mr. Lee is relieved as counsel for Plaintiff.

In accordance with the provisions of Local Rule 83.7, the following attorney is now appointed to represent Plaintiff in this proceeding: William McNova Howard, Jr., 329 ½ Main Street, Pine Bluff, AR 71601-6487. The Clerk shall enter Mr. Howard's name as the attorney of record for Plaintiff and shall send counsel a copy of this Order and a copy of Local Rule 83.7. The Clerk is also directed to forward counsel a copy of this file fifteen days after the entry of this Order.

IT IS SO ORDERED this __12___ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE