## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

HAROLD DAVEY CASSELL                                                                         PLAINTIFF
ADC #73885

V.                                         5:04CV00093 WRW/HDY

CORRECTIONAL MEDICAL SERVICES, *et al.*                                      DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 27th day of March, 2006.

/s/ Wm. R.Wilson, Jr.
UNITED STATES DISTRICT JUDGE